## D. I. GROSS v. STATE.

### No. A-912.   Opinion Filed January 3, 1912.

Appeal from Kay County Court; Claude Duval, Judge.

Herman S. Gurley, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error was convicted upon an indict-
ment returned in the district court and duly transferred to the county
court of Kay county, which charged that he did have in his possession
intoxicating liquor with intent to violate provisions of the prohibition
law.  June 1, 1910, in accordance with the verdict of the jury, the de-
fendant was sentenced to serve a term of ninety days in the county
jail and to pay a fine of five hundred dollars.  To reverse this judg-
ment an appeal was taken.  The indictment is without indorsement of
the name of any witness.  Motion to set aside, and objection to, the
introduction of testimony on this ground was overruled and exception
allowed.  The state introduced but one witness, the agent of the Santa
Fe system at Newkirk, who produced an order of delivery signed "D.
I. Gross", and stated that he could not say whether the defendant
signed it or not, which was admitted in evidence over the defendant's
objection, and also introduced a freight delivery receipt signed by
J. E. Hancock, where one B. I. Gross was consignee; which was ad-
mitted in evidence over the defendant's objection.  Several other freight
delivery receipts signed by J. E. Hancock were permitted to be intro-

duced in evidence. He further testified that it was customary to have the bill of lading issued on each shipment surrendered when shipment is delivered, but that he did not receive any bills of lading from these shipments from the drayman, Hancock. The defendant requested a peremptory instruction to acquit. The facts and issues in this case are the same as in the case of G. W. Cook v. State, infra, and present the same questions. For the reasons given in the opinion in that case, the judgment is reversed.